IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEYONTAE CORNAIL STINSON,

    Plaintiff,

  v.

Case No. 19-cv-379-jdp

RENNAE SCHUELER, ANGELA HODGE, SALAMULLAH SYED, TERESA EAILR, AND DENISE VALERIUS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 12/3/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |