IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEYONTAE CORNAIL STINSON,

    Plaintiff,

v.

                                            Case No.  19-cv-379-jdp

RENEE SCHUELER, ANGELA HODGE,
SALAMULLAH SYED, TERESA EAILR,
DENISE VALERIUS and TIM DETERS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 8/23/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |