IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEYONTAE CORNAIL STINSON,

   Plaintiff,

v.

                                 Case No. 19-cv-379-jdp

RENEE SCHUELER, ANGELA HODGE,
SALAMULLAH SYED, TERESA EAILR,
DENISE VALERIUS and TIM DETERS,

   Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff's Eighth Amendment claims with prejudice and dismissing plaintiff's state law claims without prejudice.

| /s/ | 10/18/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |